* Honorable Lisa Wood, United States District Judge for the Southern District of Georgia,

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Christopher Antonio LEWIS, Defendant-Appellant.**

**No. 16-11940**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(August 29, 2017)

Sandra J. Stewart, George L. Beck, Jr., Tommie Brown Hardwick, Curtis Ivy, Jr., U.S. Attorney's Office, Montgomery, AL, for Plaintiff-Appellee

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Thomas M. Goggans, retained counsel for Christopher Antonio Lewis in this appeal from the denial of Lewis's 18 U.S.C. § 3582(c)(2) motion for a reduction in sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is

sitting by designation.

correct. Because the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and the order denying Lewis's motion is **AFFIRMED**.